UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | : | |
| | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| vs. | : | CASE NO. 1:23-cv-01062 - PLM-PJG |
| | : | |
| ERICKA KUITE | : | HON. PAUL L. MALONEY |
| | : | |
| and | : | |
| | : | |
| LYDIA TURNER SOTO, AS GUARDIAN FOR S. T., A MINOR, | : | |
| | : | |
| Plaintiffs. | : | |
| | : | |
| | : | |
| | : | |

**ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO DEPOSIT FUNDS**

AND NOW, this 17th day of January, 2024, upon consideration of

Plaintiff Hartford Life and Accident Insurance Company's Motion For Leave to

Deposit Funds (the "Motion"), and Plaintiff's Complaint in Interpleader

(Document No. 1) filed in the above-captioned action:

**IT IS HEREBY ORDERED** that the Motion is GRANTED;

**IT IS FURTHER ORDERED** that Plaintiff Hartford Life and

Accident Insurance Company shall submit to the Clerk of Court a check in the

amount of Three Hundred Sixty-Seven Thousand Dollars ($367,000.00) plus any

applicable interest, representing the amount of the payable life insurance benefits;

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed

as soon as practicable to invest said sum in an interest-bearing account consistent

with the mandates of Fed. R. Civ. P. 67 and Local Civil Rule 67.1.  The Clerk shall

deduct from the account any fee authorized by the Judicial Conference of the

United States.

    /s/  Paul L. Maloney
HON. PAUL L. MALONEY
UNITED STATES DISTRICT COURT JUDGE