UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| HARTFORD LIFE and ACCIDENT INSURANCE COMPANY | : : | |
| Plaintiff, | : : : : : : | |
| vs. | : : | CASE NO.: 1:23-cv-1062 |
| Erika Kuite | : : : | HON. PAUL L. MALONEY |
| and | : : | |
| Lydia Turner Soto, as Guardian for S. T., a minor | : : : | |
| Defendants. | : : : : : | |

## STIPULATION AND NOTICE REGARDING DISMISSAL AND DISTRIBUTION OF INTERPLED FUNDS

WHEREAS, the Plaintiff Hartford Life and Accident Insurance Company ("Hartford"), having been dismissed from this interpleader case (ECF No. 28), the remaining parties to this litigation are Erika Kuite and Lydia Soto, as guardian for S.T, a minor (Kuite and Soto, hereinafter, collectively "Parties").

The Parties stipulate that the interpleader funds deposited by Hartford in the amounts of $367,000 on February 1, 2024 and $6,515 on February 28, 2024, along with any accumulated interest, shall be distributed by the Court, payable to Erika Kuite, and mailed to Cunningham Dalman, PC, c/o Gregory J. McCoy, PO Box 1767, Holland, MI 49422.

The Parties hereby give notice pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., of dismissing all claims with prejudice; with all parties to bear their own costs and attorney's fees.

Respectfully submitted this 11th day of June, 2024.

CUNNINGHAM DALMAN PC
Attorneys for Defendant Kuite

By: _____
Gregory J. McCoy (P51419)
321 Settlers Rd., PO Box 1767
Holland, MI 49422-1767
616-392-1821
greg@cunninghamdalman.com

_____
Lydia Soto, *Pro Se*

**IT IS SO ORDERED:**


**HON. PAUL L. MALONEY**
**UNITED STATES DISTRICT JUDGE**