UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br>                Plaintiff,<br><br>-v-<br><br>ERIKA KUITE and<br>LYDIA SOTO as guardian for S.T., a minor,<br>                Defendants. | No. 1:23-cv-1062<br><br>Honorable Paul L. Maloney |

## ORDER APPROVING STIPULATION AND CLOSING LAWSUIT

Hartford Life and Accident Insurance Company filed this lawsuit as an interpleader action concerning life insurance benefits. The Court previously approved a stipulation between Plaintiff and Defendants that directed Plaintiff to deposit funds with the Court after which the Court dismissed Plaintiff from the lawsuit (ECF No. 28). The Court received three deposits: $367,000, $10,497.21, and $6,515. In the order approving the stipulation and dismissal of Plaintiff, the Court ordered costs and fees for Plaintiff totaling $4,800.

Prior to a scheduled settlement conference, the remaining parties informed the Court that they had resolved the dispute. The Court directed the parties to file appropriate dismissal papers. The parties submitted a stipulation for the distribution of funds to Kuite, specifically mentioning two of the deposits and accumulated interest. (ECF No. 30). The parties agreed to dismiss all claims with prejudice.

The Court **APPROVES** the proposed stipulation (ECF No. 30). As the Court interprets the stipulation, the parties intend for all of the remaining funds to be distributed

to Kuite and for the lawsuit to be closed. Accordingly, the remaining balance shall be distributed to Kuite pursuant to the stipulation.

This Order closes the case.

**IT IS SO ORDERED.**

Date:   June 24, 2024                                         /s/  Paul L. Maloney
                                                                        Paul L. Maloney
                                                                         United States District Judge